**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| TYRONE A. WRIGHT, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 5:25-cv-02808-JMG |
| | : | |
| CITY OF ALLENTOWN, *et al.* | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 21st day of April, 2026, upon consideration of Defendants Motion to Dismiss (ECF No. 13) and Plaintiff's Opposition to Motion to Dismiss (ECF No. 16), **IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.     Counts I and IV of Plaintiff's Amended Complaint (ECF No. 10) are **DISMISSED without prejudice**.

2.     The Court declines to exercise jurisdiction over Counts II, III, and V of Plaintiff's Amended Complaint (ECF No. 10), pursuant to 28 U.S.C. § 1367(c)(3).

3.     Plaintiff **SHALL** have until **May 5, 2026,** to file a second amended complaint.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge