**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| TYRONE A. WRIGHT, <br>          Plaintiff, <br><br>       v. <br><br> CITY OF ALLENTOWN, *et al.* <br>          Defendants. | :<br>:<br>:<br>:<br>: Civil No.: 5:25-cv-02808-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 1st day of July, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 21) and Plaintiff's Brief Opposing Defendants' Motion to Dismiss (ECF No. 22), **IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 21) is **GRANTED**.

     **IT IS FURTHER ORDERED** as follows:

     1.     Counts I and IV of Plaintiff's Amended Complaint (ECF No. 10) are **DISMISSED with prejudice**.

     2.     The Court declines to exercise jurisdiction over Counts II, III, and V of Plaintiff's Amended Complaint (ECF No. 10), pursuant to 28 U.S.C. § 1367(c)(3).

     3.     The Clerk of Court is **DIRECTED** to **CLOSE** the case.

                    BY THE COURT:

                    */s/ John M. Gallagher*
                    JOHN M. GALLAGHER
                    United States District Court Judge